(Docket Entry No. 22)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
: 
MULTI-GLASS ATLANTIC, INC.,          :
                                     :
            Plaintiff,               :         Civil No. 07-4760 (RBK)
                                     :
      v.                             :         **ORDER**
                                     :
ALNOR ASSOCIATES, LLC, et al.,       :
                                     :
            Defendants.              :
_____ :

**THIS MATTER HAVING COME BEFORE THE COURT** on the motion of Plaintiff Multi-Glass Atlantic, Inc. ("Plaintiff") for entry of default judgment against Defendant Alnor Associates, LLC ("Defendant"); and the Court having considered the moving papers; and there being no opposition thereto;

**IT IS HEREBY ORDERED** that Plaintiff's motion for entry of default judgment is **DENIED.**


Dated:   8/12/08                          /s/ Robert B. Kugler
                                          ROBERT B. KUGLER
                                          United States District Judge